1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax:  626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION

10 | J & J SPORTS PRODUCTIONS, INC.,        | Case No. 3:14-cv-03932-VC
11 |                                         |
12 |           Plaintiff,                    | **ORDER** ~~(Proposed)~~
13 |           vs.                           | AS MODIFIED
14 | GERARDO GUERRERO GONZALEZ, et al.,      |
15 |                                         |
16 |           Defendants.                   |

17                        **ORDER** ~~(Proposed)~~

18     It is hereby ordered that the Case Management Conference in civil action number 3:14-cv-
19 03932-VC styled *J & J Sports Productions, Inc. v. Gonzalez, et al.*, is hereby vacated.
20     Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a
21 Certification of Service of this Order with the Clerk of the Court.
22 A case management conference is scheduled for May 12, 2015, at 10:00 a.m. An updated
23 **IT IS SO ORDERED**:        joint case management statement is due 7 days prior.

                                              Dated: February 6, 2015

   IT IS SO ORDERED
   AS MODIFIED
   Judge Vince Chhabria

                                   Page 1