Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 3:14-cv-03932-VC |
| Plaintiff, | |
| vs. | **ORDER AS MODIFIED** (~~Proposed~~) |
| GERARDO GUERRERO GONZALEZ, et al., | |
| Defendants. | |

**ORDER (~~Proposed~~)**

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 3:14-cv-03932-VC styled *J & J Sports Productions, Inc. v. Gonzalez, et al.,* is hereby granted permission to appear telephonically at the Motion for Default Judgment Hearing scheduled for Thursday, April 23, 2015 at 10:00 A.M.

Plaintiff's counsel shall remain on phone standby at his phone number of record [(626) 799-9797] for one hour. The Court will contact counsel if the defendant appears in court.

**IT IS SO ORDERED**:



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

_____
THE HONORABLE VINCE CHHABRIA
United States District Court
Northern District of California

Dated: April 16, 2015

Page 1