UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GERARDO GUERRERO GONZALEZ, et al.,<br><br>  Defendants. | 14-cv-03932-VC<br><br>**JUDGMENT** |

The Court, having granted the plaintiff's motion for default judgment, now enters judgment in favor of the plaintiff and against the defendants. The plaintiff is awarded $3,200 in damages. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
VINCE CHHABRIA
United States District Judge