UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GERARDO GUERRERO GONZALEZ, et al., <br><br> Defendants. | Case No. 14-cv-03932-VC <br><br> **ORDER DENYING MOTION TO ALTER JUDGMENT** <br><br> Re: Doc. No. 32 |

The motion to alter or amend the judgment is denied because J & J Sports has not offered any newly discovered evidence, demonstrated that the Court committed clear error, or argued that there has been an intervening change in the controlling law. *See* Fed. R. Civ. P. 59(e); *Kona Enterprises, Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (Rule 59(e) is an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources" (citation omitted)). The discretionary statutory damages awarded were appropriate given the facts of the case. *See* Order, Docket No. 31.

**IT IS SO ORDERED.**

Dated: July 14, 2015

VINCE CHHABRIA
United States District Judge